UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-99-cr-112 (JCH) |
| RICHARD ZEBROWSKI | : | |
|     Defendant | : | APRIL 25, 2007 |

**ORDER RE: MOTION TO AMEND/CORRECT [Doc. No. 99]**

The defendant, Richard Zebrowski, has requested that the court records, including the Judgment, be amended or corrected to reflect his true legal name of Richard Villanueva. This motion was filed for a second time, in response to a letter by the Probation Officer, dated March 5, 2007.

The court DENIES the defendant's motion. It finds no reason to change the court documents and Judgment. The defendant was originally charged as Richard Zebrowski, but after he legally changed his name to Richard Villanueva, all the court documents clearly indicated the use of both names. Moreover, it appears that the defendant's Social Security Number has remained the same, and has therefore been accurately reported in the court documents. For these reasons, the court does not find it necessary to order a change to any of the documents he requests.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of April, 2007.


       /s/ Janet C. Hall
    Janet C. Hall
    United States District Judge